**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Colton A. Piccolo                              CHAPTER 13
        Cayla B. Piccolo a/k/a Cayla B. Printz

                                                  BKY. NO. 22-11887 PMM
                       Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
26 Jul 2022, 10:28:34, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322