Office Mailing Address:                                                     Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                    P.O. Box 680
Reading, PA 19606                                                        Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11887-PMM**

Colton A. Piccolo                                          Petition Filed Date: 07/21/2022
Cayla B. Piccolo                                           341 Hearing Date: 08/23/2022
105 Emerald Avenue                                             Confirmation Date:
Reading  PA    19606

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

***There were no receipts posted to this case for the time period selected***

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID GELLERT, ESQ. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $824.10 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $612.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $36,720.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.