## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
      COLTON A. PICCOLO           :          Chapter 13
      CAYLA B. PICCOLO            :
      aka CAYLA B. PRINTZ         :          Bankruptcy No. 22-11887 PMM
                                  :
      Debtors                     :

## <u>CERTIFICATION OF NO ANSWER</u>

AND NOW, this 24th day of October, 2022, David S. Gellert, Esquire, of David S.

Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no answer was filed

or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with

respect to the Motion of Debtors' to Avoid Lien of Cavalry SPV I, LLC, as assignee of

Citibank, N.A.

                                   s/  David S. Gellert
                                David S. Gellert, Esquire
                                Attorney for Debtors
                                David S. Gellert, P.C.
                                3506 Perkiomen Avenue
                                Reading, PA 19606
                                (610) 779-8000
                                Fax: (610) 370-1393
                                dsgrdg@ptdprolog.com