# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| COLTON A. PICCOLO | : | Chapter 13 |
| CAYLA B. PICCOLO | : | |
| aka CAYLA B. PRINTZ | : | Bankruptcy No. 22-11887 PMM |
| | : | |
| Debtors | : | |

## ORDER

**AND NOW**, upon Motion of the Debtors to avoid a judicial lien held by Cavalry SPV I, LLC, as assignee of Citibank, N.A. ("the Respondent"), in personal property and/or real property of the Debtors located at 105 Emerald Avenue, Reading, PA 19606,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at Docket No. 22-01185 in the Berks County Court of Common Pleas is subject to avoidance pursuant to 11 U.S.C. § 522(f),

**AND**, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. § 349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED**.

**Date: October 27, 2022**

_____
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**