## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   COLTON A. PICCOLO | : | Chapter 13 |
|   CAYLA B. PICCOLO | : | |
|   aka CAYLA B. PRINTZ | : | Bankruptcy No. 22-11887 PMM |
| | : | |
|   Debtors | : | |

### ORDER

Upon consideration of the Debtors' Objection to the Secured Proof of Claim No. 14 of Cavalry SPV I, LLC, as assignee of Citibank, N.A., in the amount of $1,964.30, and after notice and opportunity for hearing, it is hereby

**ORDERED** that the Debtors' Objection is sustained. It is further

**ORDERED** that the claim of Cavalry SPV I, LLC, as assignee of Citibank, N.A., (No. 14 on the claims register) shall be allowed in its entirety as a general unsecured claim.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge

**Date: November 17, 2022**