United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11887-pmm
Colton A. Piccolo     Chapter 13
Cayla B. Piccolo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Nov 17, 2022    Form ID: 155    Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colton A. Piccolo, Cayla B. Piccolo, 105 Emerald Avenue, Reading, PA 19606-1430 |
| 14706819 | | Bank of America, P. O. Box 672050, Dallas, TX 75267-2050 |
| 14711434 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14706828 | | David J. Apothaker, Esq., Apothaker Scian, PC, P. O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14706831 | + | Discover It Card, P. O. Box 30943, Salt Lake City, UT 84130-0943 |
| 14720988 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 14706834 | + | Kristina Homoleski, Esquire, Midland Credit Mgmt., Inc., P. O. Box 9329, Catonsville, MD 21228-0329 |
| 14706836 | + | Michael L. Schuman, Esquire, Hayt, Hayt & Landau, LLC, P. O. Box 500, Eatontown, NJ 07724-0500 |
| 14706838 | + | Midland Credit Management Inc., P. O. Box 9329, Catonsville, MD 21228-0329 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14706817 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 00:17:06 | American Express, P. O. Box 981535, El Paso, TX 79998-1535 |
| 14706818 | + | Email/Text: bkfilings@zwickerpc.com | Nov 18 2022 00:07:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 3220 Tillman Dr., Ste. 215, Bensalem, PA 19020-2028 |
| 14717607 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 00:16:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14711533 | + | Email/Text: bkfilings@zwickerpc.com | Nov 18 2022 00:07:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14706820 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 00:06:00 | Boscov's, Comenity Capital Bank, P. O. Box 183043, Columbus, OH 43218-3043 |
| 14706821 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Cabela's Club, Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706822 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706823 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2022 00:07:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14719295 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2022 00:07:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14706825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:17:13 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14706826 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 00:06:00 | Comenity Bank/Comenity Card, 3075 Loyalty Circle, P. O. Box 182789, Columbus, OH |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 43218-2789 |
| 14706827 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2022 00:16:58 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14706829 | | Email/Text: bankruptcy@diamondcu.com | Nov 18 2022 00:06:00 | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464 |
| 14709229 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14706830 | + | Email/Text: mrdiscen@discover.com | Nov 18 2022 00:06:00 | Discover Card, P. O. Box 30939, Salt Lake City, UT 84130-0939 |
| 14706832 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 18 2022 00:07:00 | Genesis FS Card Services, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14706833 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 18 2022 00:06:00 | HSBC Bank USA, N.A., P. O. Box 9, Buffalo, NY 14240-0009 |
| 14706824 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14716342 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14715408 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706835 | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:12 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14706837 | + | Email/Text: bkfilings@zwickerpc.com | Nov 18 2022 00:07:00 | Michael R. Lipinski, Esq., Zwicker & Associates, P.C., 3220 Tillman Dr., Ste. 215, Bensalem, PA 19020-2028 |
| 14714260 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 00:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14706839 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 00:06:00 | Midland Credit Mgmt. Inc., P. O. Box 2121, Warren, MI 48090-2121 |
| 14706840 | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:12 | Old Navy Visa, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14708509 | ^ | MEBN | Nov 18 2022 00:02:07 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706841 | | Email/PDF: ebnotices@pnmac.com | Nov 18 2022 00:16:59 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14721596 | + | Email/PDF: ebnotices@pnmac.com | Nov 18 2022 00:16:59 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14722850 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14719972 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14722848 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14723153 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14707552 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706843 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| | | | |
|---|---|---|---|
| | | Nov 18 2022 00:07:00 | TBOM - Milestone, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14706844 | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:06 | TJX Rewards, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14706842 | + Email/Text: bncmail@w-legal.com | Nov 18 2022 00:06:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14706845 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Wells Fargo Bank, P. O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID S. GELLERT | on behalf of Debtor Colton A. Piccolo dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Cayla B. Piccolo dsgrdg@ptdprolog.net |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Colton A. Piccolo and Cayla B. Piccolo

    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11887−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 17th day of November 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Patricia M. Mayer
                                            Judge ,
                                            United States Bankruptcy Court