Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11887-PMM**

Colton A. Piccolo  
Cayla B. Piccolo  
105 Emerald Avenue  
Reading  PA  19606

Petition Filed Date: 07/21/2022  
341 Hearing Date: 08/23/2022  
Confirmation Date: 11/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $612.00 | | 09/26/2022 | $612.00 | | 10/26/2022 | $612.00 | |
| 11/29/2022 | $612.00 | | 12/27/2022 | $612.00 | | 01/26/2023 | $612.00 | |
| 02/28/2023 | $612.00 | | 03/27/2023 | $612.00 | | 04/26/2023 | $612.00 | |
| 05/26/2023 | $612.00 | | 06/27/2023 | $612.00 | | 07/26/2023 | $612.00 | |

**Total Receipts for the Period: $7,344.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,344.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $824.10 | $15.61 | $808.49 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $8,382.12 | $158.70 | $8,223.42 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $12,627.63 | $239.09 | $12,388.54 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $12,855.11 | $243.40 | $12,611.71 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $1,286.11 | $16.84 | $1,269.27 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $10,617.76 | $201.04 | $10,416.72 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $5,360.55 | $101.50 | $5,259.05 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $512.52 | $0.00 | $512.52 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $4,584.17 | $86.80 | $4,497.37 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $1,413.11 | $18.49 | $1,394.62 |
| 11 | DIAMOND FEDERAL CREDIT UNION »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DIAMOND FEDERAL CREDIT UNION »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $1,296.56 | $16.97 | $1,279.59 |
| 14 | CAVALRY SPV INVESTMENTS LLC »» 014 | Unsecured Creditors | $1,964.30 | $25.70 | $1,938.60 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $518.15 | $0.00 | $518.15 |

**Chapter 13 Case No. 22-11887-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $506.20 | $0.00 | $506.20 |
| 17 | CARDWORKS SERVICING LLC »» 017 | Unsecured Creditors | $6,894.12 | $0.00 | $6,894.12 |
| 18 | PENNYMAC LOAN SERVICES LLC »» 018 | Secured Creditors | $250.48 | $250.48 | $0.00 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR »» 019 | Unsecured Creditors | $4,233.97 | $80.17 | $4,153.80 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $4,528.17 | $85.74 | $4,442.43 |
| 21 | SYNCHRONY BANK »» 021 | Unsecured Creditors | $8,657.07 | $163.92 | $8,493.15 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $8,210.91 | $155.46 | $8,055.45 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,120.72 | $4,120.72 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,344.00 | Current Monthly Payment: | $612.00 |
| Paid to Claims: | $5,980.63 | Arrearages: | $0.00 |
| Paid to Trustee: | $612.00 | Total Plan Base: | $36,720.00 |
| Funds on Hand: | $751.37 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.