| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11887-PMM**

Colton A. Piccolo
Cayla B. Piccolo
105 Emerald Avenue
Reading  PA    19606

Petition Filed Date: 07/21/2022
341 Hearing Date: 08/23/2022
Confirmation Date: 11/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $612.00 | | 09/26/2023 | $612.00 | | 10/26/2023 | $612.00 | |
| 11/28/2023 | $612.00 | | 12/27/2023 | $612.00 | | 01/26/2024 | $612.00 | |
| 02/27/2024 | $612.00 | | 03/27/2024 | $612.00 | | 04/26/2024 | $612.00 | |
| 05/28/2024 | $612.00 | | 06/27/2024 | $612.00 | | 07/26/2024 | $612.00 | |

**Total Receipts for the Period: $7,344.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,688.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $824.10 | $72.91 | $751.19 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $8,382.12 | $790.29 | $7,591.83 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $12,627.63 | $1,190.52 | $11,437.11 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $12,855.11 | $1,212.02 | $11,643.09 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,286.11 | $113.84 | $1,172.27 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $10,617.76 | $1,001.04 | $9,616.72 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,360.55 | $505.39 | $4,855.16 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $512.52 | $33.52 | $479.00 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $4,584.17 | $432.20 | $4,151.97 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $1,413.11 | $133.23 | $1,279.88 |
| 11 | DIAMOND FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DIAMOND FEDERAL CREDIT UNION<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,296.56 | $122.29 | $1,174.27 |
| 14 | CAVALRY SPV INVESTMENTS LLC<br>»» 014 | Unsecured Creditors | $1,964.30 | $185.22 | $1,779.08 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $518.15 | $45.90 | $472.25 |

**Chapter 13 Case No. 22-11887-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $506.20 | $33.12 | $473.08 |
| 17 | CARDWORKS SERVICING LLC »» 017 | Unsecured Creditors | $6,894.12 | $649.99 | $6,244.13 |
| 18 | PENNYMAC LOAN SERVICES LLC »» 018 | Secured Creditors | $250.48 | $250.48 | $0.00 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR »» 019 | Unsecured Creditors | $4,233.97 | $399.22 | $3,834.75 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $4,528.17 | $426.95 | $4,101.22 |
| 21 | SYNCHRONY BANK »» 021 | Unsecured Creditors | $8,657.07 | $816.22 | $7,840.85 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $8,210.91 | $774.15 | $7,436.76 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,120.72 | $4,120.72 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $14,688.00 | | Current Monthly Payment: | $612.00 |
| Paid to Claims: | $13,309.22 | | Arrearages: | $612.00 |
| Paid to Trustee: | $1,334.16 | | Total Plan Base: | $36,720.00 |
| Funds on Hand: | $44.62 | | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.