| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-11887-PMM

Colton A. Piccolo                                     Petition Filed Date: 07/21/2022
Cayla B. Piccolo                                      341 Hearing Date: 08/23/2022
105 Emerald Avenue                                    Confirmation Date: 11/17/2022
Reading  PA   19606

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $612.00 | | 09/26/2024 | $612.00 | | 10/28/2024 | $612.00 | |
| 11/26/2024 | $612.00 | | 12/27/2024 | $612.00 | | 01/28/2025 | $612.00 | |
| 02/26/2025 | $612.00 | | 03/26/2025 | $612.00 | | 04/28/2025 | $612.00 | |
| 06/02/2025 | $612.00 | | 06/27/2025 | $612.00 | | 07/29/2025 | $612.00 | |

**Total Receipts for the Period: $7,344.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,644.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $824.10 | $131.11 | $692.99 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $8,382.12 | $1,384.73 | $6,997.39 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $12,627.63 | $2,086.01 | $10,541.62 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $12,855.11 | $2,123.65 | $10,731.46 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,286.11 | $212.51 | $1,073.60 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $10,617.76 | $1,754.02 | $8,863.74 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,360.55 | $885.53 | $4,475.02 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $512.52 | $84.68 | $427.84 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $4,584.17 | $757.32 | $3,826.85 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $1,413.11 | $233.45 | $1,179.66 |
| 11 | DIAMOND FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DIAMOND FEDERAL CREDIT UNION<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,296.56 | $214.25 | $1,082.31 |
| 14 | CAVALRY SPV INVESTMENTS LLC<br>»» 014 | Unsecured Creditors | $1,964.30 | $324.50 | $1,639.80 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $518.15 | $76.22 | $441.93 |

**Chapter 13 Case No. 22-11887-PMM**

| | | | | | |
|---|---|---|---|---|---:|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $506.20 | $83.67 | $422.53 |
| 17 | CARDWORKS SERVICING LLC<br>»» 017 | Unsecured Creditors | $6,894.12 | $1,138.90 | $5,755.22 |
| 18 | PENNYMAC LOAN SERVICES LLC<br>»» 018 | Secured Creditors | $250.48 | $250.48 | $0.00 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 019 | Unsecured Creditors | $4,233.97 | $699.48 | $3,534.49 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $4,528.17 | $748.09 | $3,780.08 |
| 21 | SYNCHRONY BANK<br>»» 021 | Unsecured Creditors | $8,657.07 | $1,430.12 | $7,226.95 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $8,210.91 | $1,356.44 | $6,854.47 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,120.72 | $4,120.72 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $22,644.00 | Current Monthly Payment: | $612.00 |
| Paid to Claims: | $20,095.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,955.34 | Total Plan Base: | $36,720.00 |
| Funds on Hand: | $592.78 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.