Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Colton A. Piccolo
Cayla B. Piccolo
105 Emerald Avenue
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-11887-PMM**

Petition Filed Date: 07/21/2022
341 Hearing Date: 08/23/2022
Confirmation Date: 11/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $612.00 | | 09/26/2025 | $612.00 | | 10/27/2025 | $612.00 | |
| 11/26/2025 | $612.00 | | 12/29/2025 | $612.00 | | 01/28/2026 | $612.00 | |
| 02/26/2026 | $612.00 | | 03/26/2026 | $612.00 | | 04/27/2026 | $612.00 | |
| 05/27/2026 | $612.00 | | 06/29/2026 | $612.00 | | 07/27/2026 | $612.00 | |

**Total Receipts for the Period: $7,344.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $29,988.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $824.10 | $185.23 | $638.87 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $8,382.12 | $1,983.49 | $6,398.63 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $12,627.63 | $2,988.02 | $9,639.61 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $12,855.11 | $3,041.93 | $9,813.18 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,286.11 | $304.38 | $981.73 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $10,617.76 | $2,512.43 | $8,105.33 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,360.55 | $1,268.41 | $4,092.14 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $512.52 | $115.22 | $397.30 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 009 | Unsecured Creditors | $4,584.17 | $1,084.78 | $3,499.39 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $1,413.11 | $334.41 | $1,078.70 |
| 11 | DIAMOND CREDIT UNION<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DIAMOND CREDIT UNION<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11887-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,296.56 | $306.89 | $989.67 |
| 14 | CAVALRY SPV INVESTMENTS LLC<br>»» 014 | Unsecured Creditors | $1,964.30 | $464.84 | $1,499.46 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $518.15 | $122.65 | $395.50 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $506.20 | $113.81 | $392.39 |
| 17 | CARDWORKS SERVICING LLC<br>»» 017 | Unsecured Creditors | $6,894.12 | $1,631.37 | $5,262.75 |
| 18 | PENNYMAC LOAN SERVICES LLC<br>»» 018 | Secured Creditors | $250.48 | $250.48 | $0.00 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 019 | Unsecured Creditors | $4,233.97 | $1,001.88 | $3,232.09 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $4,528.17 | $1,071.57 | $3,456.60 |
| 21 | SYNCHRONY BANK<br>»» 021 | Unsecured Creditors | $8,657.07 | $2,048.52 | $6,608.55 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $8,210.91 | $1,942.93 | $6,267.98 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,120.72 | $4,120.72 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,988.00 | Current Monthly Payment: | $612.00 |
| Paid to Claims: | $26,893.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,507.32 | Total Plan Base: | $36,720.00 |
| Funds on Hand: | $586.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.